IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DOTAN Y. MELECH, RECEIVER FOR CWNEVADA, LLC,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; HONORABLE MARK R. DENTON, DISTRICT JUDGE; AND THE EIGHTH JUDICIAL DISTRICT COURT DEPT. 11,<br>Respondents,<br>  and<br>NUVEDA, LLC; TRC-EVOLUTION NV, LLC; HIGHLAND PARTNERS NV LLC; MI-CW HOLDINGS NV FUND 2 LLC; MI-CW HOLDINGS LLC; GREEN PASTURES FUND, LLC SERIES 1 (CWNEVADA, LLC); JAKAL INVESTMENTS, LLC; JONATHAN S. FENN; JONATHAN S. FENN REVOCABLE TRUST; AND GROWTH OPPORTUNITIES, LLC,<br>Real Parties in Interest. | No. 83891<br><br>FILED<br><br>OCT 12 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY<br>DEPUTY CLERK |

## *ORDER DISMISSING PETITION*

This is an original petition for a writ of prohibition challenging district court orders in a receivership matter. Petitioner has filed a motion to voluntarily dismiss this writ petition, stating that he no longer seeks this court's extraordinary intervention. Real parties in interest Highland Partners NV LLC; MI-CW Holdings NV Fund 2, LLC; MI-CW Holdings LLC; and TRC-Evolution NV, LLC have filed joinders in the motion. Real party in interest NuVeda, LLC, who did not file an answer against issuance of the requested writ, objects to dismissal and opposes the motion.

SUPREME COURT
OF
NEVADA

(O) 1947A

22-32184

Having reviewed the motion, opposition, and objection, the motion for a voluntary dismissal is granted. This writ of prohibition is dismissed. This dismissal is without prejudice to this court's ability to consider the arguments and claims set forth by NuVeda in Docket No. 85254, if appropriate.

It is so ORDERED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr. J.
Gibbons

cc:  Eighth Judicial District Court Dept. 11
Hon. Mark R. Denton, District Judge
Holley Driggs/Las Vegas
Dickinson Wright PLLC
Greenberg Traurig, LLP/Las Vegas
Jolley Urga Woodbury Holthus
Law Office of Mitchell Stipp
Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.

SUPREME COURT
OF
NEVADA

(O) 1947A